JAMES SMITH, ADMINISTRATOR (ESTATE OF MARIETTE LANESE) *v.* MARY FIORE
(4976)

DUPONT, C. J., HULL AND SPALLONE, JS.

Submitted on briefs January 16—decision released January 20, 1987

*Paul J. Yamin* filed a brief for the appellant (plaintiff).

*Susan M. Naide* filed a brief for the appellee (defendant).

PER CURIAM. In this action, judgment of nonsuit was rendered against the plaintiff for failing to appear at the time the case was scheduled for trial. The plaintiff moved to open the nonsuit, which motion was denied by the court. The plaintiff avers error and claims the trial court abused its discretion in denying the motion to open the nonsuit. We disagree. This case is governed by the principles of *Gionfrido* v. *Wharf Realty, Inc.,* 193 Conn. 28, 474 A.2d 787 (1984).

There is no error.